ANTHONY R. GALLAGHER
Attorney at Law
3501 12th Avenue South
Great Falls, MT 59405
anthonygallagherlaw@aol.com
Phone: (406) 799-2165 (Office)

LARRY D. MANSCH
Snyder, Beaudry & Cook, P.C.
8090 Hiway 35
P.O. Box 717
Bigfork, MT 59911
larry@bigforklaw.com
Phone: (406) 274-4116 (Office)
        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 23-98-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR BILL OF PARTICULARS |
| JAMES KIRBY KING, | |
| Defendant. | |

James Kirby King, the Defendant, by and through his attorneys, Anthony R. Gallagher and Larry D. Mansch, hereby moves pursuant to

1

Rule 7(f) of the Federal Rules of Criminal Procedure (Fed. R. Crim. P.), for issuance of an Order directing the United States to file a Bill of Particulars.

Rule 7(f) says "[t]he defendant may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits." Mr. King was arraigned on October 17, 2023, and tendered pleas of Not Guilty to all counts. (Doc. 6). Therefore this motion is timely filed.

Pursuant to Local Rule the United States has been contacted. The Government, by Assistant U.S. Attorney Ryan G. Weldon, opposes this Motion.

No defense witnesses will be called, but oral argument may be helpful. If the Court determines a hearing is necessary, the undersigned anticipates about 30 minutes of Court time.

In accord with Local Rule CR 47.2, a Brief in support of this Motion has been separately filed.

RESPECTFULLY SUBMITTED this 25th day of October 2023.

/s/ Anthony Gallagher

/s/ Larry D. Mansch
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, a copy of the foregoing document was served on the following persons by the following means:

<u> 1, 2 </u>    CM-ECF
<u>  3  </u>    Mail

1. CLERK, U.S. DISTRICT COURT

2. WENDY A. JOHNSON
   RYAN G. WELDON
   Assistant U.S. Attorneys
       Counsel for United States

3. JAMES KIRBY KING
       Defendant

                                        <u>/s/ Anthony Gallagher</u>