ANTHONY R. GALLAGHER
Attorney at Law
3501 12th Avenue South
Great Falls, MT 59405
anthonygallagherlaw@aol.com
Phone: (406) 799-2165 (Office)

LARRY D. MANSCH
Snyder, Beaudry & Cook, P.C.
8090 Hiway 35 \ P.O. Box 717
Bigfork, MT 59911
larry@bigforklaw.com
Phone: (406) 274-4116 (Office)
      Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-98-GF-BMM |
| Plaintiff, | UNOPPOSED MOTION FOR POSTPONEMENT OF TRIAL AND EXTENSION OF ALL PRETRIAL DEADLINES |
| vs. | |
| JAMES KIRBY KING, | |
| Defendant. | |

James Kirby King, the Defendant, by and through his attorneys, Anthony R. Gallagher and Larry D. Mansch, hereby moves this Honorable

1

Court to continue his case at least 120 days beyond the present trial date of December 27, 2023, to after April 25, 2024, and to reset all pretrial deadlines accordingly. Postponement is required to avoid unfair prejudice.

Pursuant to Local Rule, the United States has been contacted. The Government, by Assistant U.S. Attorney Ryan G. Weldon, does not oppose this Motion or requested relief. If the Court nevertheless determines a hearing is required, it should consume less than 30 minutes of Court time.

Mr. King understands his right to a speedy trial under the Speedy Trial Act and the United States Constitution. He waives his statutory and constitutional speedy trial rights to allow his defense team adequate time to prepare for trial. Because of the issues to be litigated and the number of potential witnesses to be examined, trial may consume at least four days.

Although unopposed, in accord with the local rule a Memorandum has been contemporaneously filed with this Motion discussing factors supporting Mr. King's request for additional time.

RESPECTFULLY SUBMITTED this 27th day of October 2023.

/s/ Anthony R. Gallagher

/s/ Larry D. Mansch
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, a copy of the foregoing document was served on the following persons by the following means:

  1, 2      CM-ECF
  3         Mail

1. CLERK, U.S. DISTRICT COURT

2. AMANDA L. MYERS
   RYAN G. WELDON
   Assistant U.S. Attorneys
        Counsel for United States

3. JAMES KIRBY KING
        Defendant

                    /s/ Anthony Gallagher