Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CR 23-98-GF-BMM |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR EX PARTE HEARING ON STATUS OF COUNSEL** |
| vs. | ) | |
| **JAMES KIRBY KING,** | ) | |
| Defendant. | ) | |

Counsel for Defendant James Kirby King now moves the Court to set an ex parte hearing on the status of Defendant King's counsel. Defendant King has sent a letter to the Court, Doc. 53, that brings up several topics that counsel believes would be best addressed in a hearing with the Court. Counsel will be out of state on a family commitment until July 29, 2024. Counsel therefore requests the Court to set a hearing on July 30 or July 31, 2024, to address the issues raised by Defendant King in his letter to the Court.

Dated this 9th day of July, 2024.

/s/Timothy M. Bechtold
Attorney for Defendant