IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KIRBY KING,<br><br>Defendant. | CR 23-98-GF-BMM<br><br><br><br>ORDER |

Upon the request of the United States, and for good cause shown,

IT IS ORDERED that the Writ of Habeas Corpus (for Testimony) issued for Chantell Marie Talksdifferent on August 26, 2024 (Doc. 83) be quashed.

DATED this 27th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court